CENTERBANK *v.* LEWIS ASSOCIATES II ET AL.
(13742)

O'CONNELL, HEIMAN and HENNESSY, Js.

Argued March 22—decision released May 2, 1995

*Robert G. Oliver,* with whom, on the brief, was *Carolyn P. Gould,* for the appellant (defendant Robert N. Williams).

*Edward J. Kelleher,* with whom, on the brief, was *Robert L. Cavanaugh,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.